**Ora Lee PRICE, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 29325.

Court of Criminal Appeals of Texas.

Feb. 12, 1958.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

BELCHER, Commissioner.

The offense is murder; the punishment, life in the penitentiary.

No statement of facts or bills of exception accompany the record.

All proceedings appear to be regular and nothing is presented for review.

No application was made of the indeterminate sentence law. The sentence is here reformed so as to provide that appellant be confined in the penitentiary for not less than two years nor more than life.

As reformed, the judgment is affirmed.

Opinion approved by the Court.